E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

Mitchell Schneider
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

BccF Bucks county Corrections
Bucks county Sheriffs
See Attached
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 22-2384
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $52) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Mitchell Schneider
- All other names by which you have been known: Mitch
- ID Number: 122064
- Current Institution: BCCF Bucks County
- Address: 1730 S. Easton Rd
  Doylestown, PA 18901

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
- Name: Bucks County Sheriff
- Job or Title *(if known)*: Andrew Davis
- Shield Number:
- Employer: Bucks County Sheriffs office
- Address: 100 N. Main Street
  Doylestown, PA 18901

☒ Individual capacity ☐ Official capacity

Defendant No. 2
- Name: Bucks County Corrections
- Job or Title *(if known)*: Warden
- Shield Number:
- Employer: Bucks County Corrections
- Address: 1730 S. Easton Rd.
  Doylestown, PA 18901

☐ Individual capacity ☒ Official capacity

Page 2 of 11

Mitchell Schneider
           Plaintiff
       vs.
Bucks County Corrections
Investagaters
Records Staff
Bucks County Sheriff
Andrew Davis

Defendant No. 3
- Name: Mr Gallager
- Job or Title *(if known)*: Prison over sight Board
- Shield Number:
- Employer: Bucks County
- Address: 100 N. Main Street, Doylestown, PA 18901

☐ Individual capacity  ☒ Official capacity

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Shield Number:
- Employer:
- Address:

☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

I am sueing for the violation of my right to Privacy and Confidentaility

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Bucks County Sheriff Andrew davis for Abuse of Power and Deffamation of chachter for haveing my Personal Information. See attached

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)* Charged waiting for trail

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Me and my girlfriends Residence 1138 lodi hill Rd UBE PA 18972

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

In Reception on or around 3/02/22

II D.

... Such as names dates and amounts of People who have Put money on my account for his own Personal Reasons.

Bucks county corrections for giving out my Personal Information Such as names dates and amounts of People who Put money on my account for no Vaild Reason.

## IV. D.

On 3·03·22 Andrew Davis told his daughter, That he had someone at Bucks County Corrections acess my account and tell him who all has Put money on my account in the Past month (Febuaray 2022) he told her exacact names dates and amounts of People who Put money on my account I wrote the investagoters on 3·3·22 they Spoke to Andrew Davis and wrote me back on 3·12·22 And Said That Andrew Davis fabracated anything he told his daughter and never had anyone access my account.

C. What date and approximate time did the events giving rise to your claim(s) occur?

On 3-02-22 Between 6 Am and 9 am

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I lost my family support and no longer felt comfortable or secure In the Jail and Suffered from Sever Depresstion/anixety

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want There to be A Investagation Into All Partys who pulled my account up. and Im asking for $100,000 for all the damage done to my mental state and my family life,

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

BccF
1730 S. Easton Rd
Doylestown PA 18901
BccF Bucks County Corrections

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

That my personal Info was Breached and my confidentiality was taken away

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

BCCF
1730, South Easton Rd
Doylestown PA 18901            Bucks County Corrections

2. What did you claim in your grievance?

That my Personal Info was givin to Sheriff Andrew Davis

3. What was the result, if any?

My grievance was Denied Because They Spoke to andrew Davis and he Said No he did not access my account

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appealed The grievance all the way to the Prison over sight Board and they never even Replyed or Responded

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

SEE Attached

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

See Attached

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

# VII F. & G

| | |
|---|---|
| 3-3 | wrote mental health |
| 3-3 | wrote Investagaters |
| 3-3 | wrote Kelly Reed |
| 3-3 | wrote Case manager |
| 3-7 | wrote Case manager leckage |
| 3-7 | wrote Inmate Services |
| 3-8 | wrote Captin Notthinham |
| 3-8 | Spoke with the Investagaters at Jail |
| 3-10 | wrote Detailed letter to Prison oversignt board |
| 3-12 | wrote Judical board of misconduct<br>601 Commonwealth Ave<br>Suite 3500<br>harrisburge, PA, 17120 |
| 3-18 | filed offical grivance |
| 3-25 | wrote State efftics comimity<br>613 N. Street<br>Room 309<br>harrisburge PA 17120 |

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) _____N/A_____
    Defendant(s) _____N/A_____

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    _____N/A_____

3.  Docket or index number
    _____N/A_____

4.  Name of Judge assigned to your case
    _____N/A_____

5.  Approximate date of filing lawsuit
    _____N/A_____

6.  Is the case still pending?
    ☐ Yes
    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
    _____N/A_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
    _____N/A_____

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____N/A_____

3. Docket or index number
   _____N/A_____

4. Name of Judge assigned to your case
   _____N/A_____

5. Approximate date of filing lawsuit
   _____N/A_____

6. Is the case still pending?
   ☐ Yes
   ☒ No
   If no, give the approximate date of disposition _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____N/A_____


## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5o27o22

Signature of Plaintiff: *Mitchell Schneider*
Printed Name of Plaintiff: Mitchell Schneider
Prison Identification #: 122064
Prison Address: 1730 S. Easton Rd
Doylestown, PA 18901
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code

Telephone Number: _____
E-mail Address: _____

Mitchell Schneider
122064 BCCF
1730 S. Easton Rd
Doylestown PA 18901

Philadelphia P&DC 191-ZIP
THU 30 JUN 2022 PM

U.S.M.S.
X-RAY

Clerk of Courts ED PA
James A Byrne U.S. Courthouse
Room 2609
601 Market St
Philly PA 19106

RECEIVED JUL 5 2022

